William C. Jeanney, Esq.
Nevada State Bar No. 1235
**BRADLEY, DRENDEL & JEANNEY, LTD.**
401 Flint Street
Reno, Nevada 89501
Telephone: (775) 335-9999
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEBORAH L. URRIGAZA, and
BECKI DRISKEL,

        Plaintiffs,

    v.

J. MICHAEL MEMEO, individually and in his official capacity as Chief Administrator of the Fourth Judicial District Court of the State of Nevada, in and for the County of Elko; PATRICIA PLASTER, individually and in her official capacity as Juvenile Detention Director,

        Defendants.

3:05-cv-00199-LRH-VPC

**STIPULATION FOR EXTENSION OF TIME TO FILE AND SERVE THE JOINT PRE-TRIAL ORDER**

IT IS HEREBY STIPULATED, by and between the parties, that an extension to file the Joint Pre-Trial Order is needed. The Joint Pre-Trial Order is currently scheduled, pursuant to the Joint Stipulated Discovery Plan and Scheduling Order Submitted in Compliance with L.R. 26-1(e) filed on February 13, 2006, to be filed and served by May 30, 2006. Defendant J. Michael Memeo currently has a Summary Judgment Motion before this Court. The Plaintiffs asked for an extension of time to oppose the Summary Judgment Motion and Defendant J. Michael Memeo gave Plaintiffs a one week extension until May 26, 2006 to respond.

//

/

**LAW OFFICES OF
BRADLEY, DRENDEL
& JEANNEY
401 FLINT STREET
RENO, NEVADA
(775) 335-9999**

1  In an effort to preserve the time and resources of the court and the parties hereto, the parties seek an
2  extension of 20 days after the Court decides on the potentially dispositive Summary Judgment
3  Motion to file their Joint Pre-Trial Order.

4  DATED this 24th day of May, 2006.

6  BRADLEY DRENDEL & JEANNEY, LTD.

8  //s//                                                                    //s//
   William C. Jeanney, Esq.                                  JAMES ANDRE BOLES
   Attorneys for Defendant                                   Attorney for Plaintiffs

11  IT IS SO ORDERED.

   _____
   LARRY R. HICKS
   UNITED STATES DISTRICT JUDGE

   DATED:  June 2, 2006.

LAW OFFICES OF
BRADLEY, DRENDEL
& JEANNEY
401 FLINT STREET
RENO, NEVADA
(775) 335-9999

2