William C. Jeanney, Esq.
Nevada State Bar No. 1235
**BRADLEY, DRENDEL & JEANNEY, LTD.**
401 Flint Street
Reno, Nevada 89501
Telephone: (775) 335-9999
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEBORAH L. URRIZAGA, and
BECKI DRISKEL,

        Plaintiffs,

   v.

J. MICHAEL MEMEO, individually and in his official capacity as Chief Administrator of the Fourth Judicial District Court of the State of Nevada, in and for the County of Elko; PATRICIA PLASTER, individually and in her official capacity as Juvenile Detention Director,

        Defendants.

Case No. CV-N-05-0199- LRH-VPC

**STIPULATION FOR EXTENSION OF TIME TO FILE AND SERVE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT J. MICHAEL MEMEO'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED, by and between the parties, that an Defendant J. MICHAEL MEMEO may have an extension until Wednesday, July 5, 2006 to file his Reply to Plaintiffs' Opposition to Defendant J. Michael Memo's Motion for Partial Summary Judgment.

DATED this 27th day of June, 2006.

BRADLEY DRENDEL & JEANNEY, LTD.

//s//
William C. Jeanney, Esq.
Attorneys for Defendant

//s//
JAMES ANDRE BOLES
Attorney for Plaintiffs

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE
DATED: July 7, 2006.