UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

BECKI DRISKEL,  )
  )   3:05-cv-00199-LRH-VPC
         Plaintiff,  )
  )   MINUTES OF THE COURT
vs.  )
  )   November 9, 2007
J. MICHAEL MEMEO, et al.,  )
  )
         Defendants.  )
  )

PRESENT:
THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   ROSEMARIE MILLER    REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):     NONE APPEARING

COUNSEL FOR DEFENDANT(S):     NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Before the court is Defendants' Objection and Motion to Strike Plaintiff's Proposed Pre-Trial Order (#58). The court entered Pretrial Order (#59) on November 8, 2007. Defendants' Objection and Motion to Strike Plaintiff's Proposed Pre-Trial Order (#58) is denied as moot.

    IT IS SO ORDERED.

                        LANCE S. WILSON, CLERK

                        By:     /s/
                               Deputy Clerk